**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TUNG'S, LLC, a limited liability company;<br><br>Defendants. | Case No.: 5:18-cv-01682-JAK-KK<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE (DKT. 37)**<br><br>**JS-6** |

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, the Court **APPROVES** the Stipulation. This action is dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED.

Dated: August 9, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE